# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| GABRIEL DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES, INC.; TARRANT COUNTY HOSPITAL DISTRICT, d/b/a JOHN PETER SMITH HOSPITAL; and SHAHZAD SAEED ALLAWALA,<br><br>　　　　　Defendants. | Cause No. 4:20-cv-221 |

## AMENDED PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Plaintiff Gabriel Doe respectfully submits this Amended Proof of Service of Summons and Complaint.  As evidenced by the June 8, 2020, Amended Declaration of Mark Whitburn (attached as Exhibit A), service of the summons and complaint in this matter was effectuated on (1) Defendant Universal Health Services, Inc., through its Registered Agent Corporation Services Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701, on June 1, 2020, by means of Certified Mail, Return Receipt Requested, pursuant to Fed. R. Civ. P. 4 and Tex. R. Civ. P. 106; (2) Defendant Tarrant County

Hospital District, d/b/a John Peter Smith Hospital, c/o Chief Executive Officer, Robert Earley,

1500 S. Main Street, Fort Worth, Texas 76104, on June 1, 2020, by means of Certified Mail,

Return Receipt Requested, pursuant to Fed. R. Civ. P. 4 and Tex. R. Civ. P. 106; and (3)

Defendant Shahzad Saeed Allawala, c/o Millwood Hospital, 1011 North Cooper Street,

Arlington, Texas 76011, on June 2, 2020, by means of process server, pursuant to Fed. R. Civ. P.

4.

Dated:  June 8, 2020

Respectfully Submitted,

 /s/ Mark Whitburn_____

**Attorneys for Plaintiffs**

**Mark Whitburn**
Texas Bar No. 24042144
**Whitburn & Pevsner, PLLC**
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
Tel: (817) 653-4547
Fax: (817) 653-4477
mwhitburn@whitburnpevsner.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GABRIEL DOE,<br><br>        Plaintiff,<br><br>v.<br><br>UNIVERSAL HEALTH SERVICES, INC.; TARRANT COUNTY HOSPITAL DISTRICT, d/b/a JOHN PETER SMITH HOSPITAL; and SHAHZAD SAEED ALLAWALA,<br><br>        Defendants. | Cause No. 4:20-cv-221 |

## AMENDED DECLARATION OF MARK WHITBURN

Mark Whitburn hereby declares as follows:

1.      "My name is Mark Whitburn. I am over twenty-one years of age and am competent to make this declaration pursuant to 28 U.S.C. § 1746.

2.      "I am an attorney for Plaintiff in this action. This declaration sets forth knowledge I have acquired in the course and scope of my representation of Plaintiff in this matter. If called upon to do so, I could and would competently testify to the matters set forth in this declaration.

3.     "Defendant Universal Health Services, Inc., was served with a summons and complaint through its Registered Agent Corporation Services Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701, on June 1, 2020, by means of Certified Mail, Return Receipt Requested, (sent on May 29, 2020) pursuant to Fed. R. Civ. P. 4 and Tex. R. Civ. P. 106.  Attached as Exhibit 1 is a true and correct copy of the electronic receipt showing the effectuation of service, along with the executed Summons.

4.     "Defendant Tarrant County Hospital District, d/b/a John Peter Smith Hospital, was served with a summons and complaint through its Chief Executive Officer, Robert Earley, 1500 S. Main Street, Fort Worth, Texas 76104, on June 1, 2020, by means of Certified Mail, Return Receipt Requested, (sent on May 29, 2020), pursuant to Fed. R. Civ. P. 4 and Tex. R. Civ. P. 106.  Attached as Exhibit 2 is a true and correct copy of the electronic receipt showing the effectuation of service, along with the executed Summons.

5.     "Defendant Shahzad Saeed Allawala was served with a summons and complaint at Millwood Hospital, 1011 North Cooper Street, Arlington, Texas 76011, on June 2, 2020, by means of process server, pursuant to Fed. R. Civ. P. 4.  Attached as Exhibit 3 is a true and correct copy of the executed Summons.

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

EXECUTED this 8th day of June, 2020

Mark Whitburn

# EXHIBIT 1

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Gabriel Doe | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:20-cv-221 |
| Universal Health Services, Inc., et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Universal Health Services, Inc., c/o Corporation Services Company d/b/a
CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620,
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___May 29 2020___

___/s/ W. Barnes___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-221

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  *Corperation Servis Company* , who is

designated by law to accept service of process on behalf of *(name of organization)*  *Universl Health Servis, In.)*

*by certifid mail, retun recept reqird* on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  6/8/20

_____
Server's signature

*Gregory Pevsner*
Printed name and title

2000 E. Lamar Blvd., Suit 600
Arlington, Texas 76006
Server's address

Additional information regarding attempted service, etc:

The certifid mail was sent on May 29, 2020,
at 4:46 pm

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIO…

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 42078701951480665646150264103

Remove ✕

Your item was picked up at a postal facility at 6:28 am on June 1, 2020 in AUSTIN, TX 78760.

Feedback

## ✓ Delivered

June 1, 2020 at 6:28 am
Delivered, Individual Picked Up at Postal Facility
AUSTIN, TX 78760

**Get Updates** ⌄

---

**Text & Email Updates**                                    ⌄

---

**Return Receipt Electronic**                               ⌄

---

**Tracking History**                                        ⌄

---

**Product Information**                                     ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# EXHIBIT 2

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Gabriel Doe | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:20-cv-221 |
| Universal Health Services, Inc., et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tarrant County Hospital District, d/b/a John Peter Smith Hospital, c/o Chief Executive Officer, Robert Earley, John Peter Smith Hospital, 1500 S. Main Street, Fort Worth, Texas 76104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ May 29 2020 _____

/s/ W. Barnes
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-221

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robert Earley _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Tarrant County Hospital

District  by certified mail return receipt requested  on *(date)*  6/1/20  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 6/8/20

_____
Server's signature

Gregory Persne
_____
Printed name and title

2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
Server's address

Additional information regarding attempted service, etc:

The certified mail was sent on May 29, 2020,
at 4:46 pm

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIO…

# USPS Tracking®

FAQs ›

### Track Another Package  +

**Tracking Number:** 420761049514806656460150264127

Remove ✕

Your item was delivered at 8:35 am on June 1, 2020 in FORT WORTH, TX 76102.

✓ **Delivered**

June 1, 2020 at 8:35 am
Delivered
FORT WORTH, TX 76102

**Get Updates** ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Return Receipt Electronic | ⌄ |
| Tracking History | ⌄ |
| Product Information | ⌄ |

Feedback

### See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# EXHIBIT 3

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Gabriel Doe | ) |
| _Plaintiff_ | ) ) ) |
| v. | ) |
| Universal Health Services, Inc., et al. | ) Civil Action No.  4:20-cv-221 |
| _Defendant_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Shahzad Saeed Allawala, c/o Millwood Hospital, 1011 North Cooper Street, Arlington, Texas 76011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  May 28, 2020

/s/ W. Barnes

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-221

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Shahzad Saeed Allawala
was received by me on *(date)*  6-2-20

☒ I personally served the summons on the individual at *(place)*  1011 North Cooper St
Arlington TX 76011     on *(date)*  6-2-20 @3:45 or PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6-2-20

Linda J Reagan
*Server's signature*

Linda J Reagan    #13547
*Printed name and title*
Legal Eagle, Inc.
3600 W Pioneer Pkwy, #6
Arlington, TX 76013-4501

_____
*Server's address*

Additional information regarding attempted service, etc: